BADISCHE BANK, Appellant, v. RONEL SYSTEMS, INC., Respondent.—

Rabin, P. J., Munder, Martuscello, Shapiro and Gulotta, JJ., concur.

JOSEPH BAROCAS et al., as Executors of MORRIS BAROCAS, Deceased, et al., Appellants, v. PMG HOLDING CORP. et al., Respondents, et al., Defendants.—

Munder, Acting P. J., Martuscello, Shapiro, Gulotta and Benjamin, JJ., concur.